UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60998-CIV-ZLOCH

CHANEL, INC.,

    Plaintiff,

vs.                                        **ORDER ENTERING DEFAULT**

SUSAN L. RICHARDSON a/k/a
SUSAN HOLMES d/b/a
INSPIRATIONS, d/b/a
INSPIRATIONS, LTD
d/b/a INSPIRATIONS, USA
d/b/a INSPIRATIONSUSA.COM
d/b/a PORTTRENDS.COM and
DOES 1-10,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    The Court notes that Plaintiff Chanel Inc. initiated the above-styled with the filing of its Complaint (DE 1) on July 17, 2007. On October 9, 2007, Plaintiff effected service of process on Defendants Susan L. Richardson a/k/a Susan Holmes d/b/a Inspirations d/b/a Inspirations, LTD d/b/a Inspirations, USA d/b/a Inspirationsusa.com d/b/a Porttrends.com and Does 1-10, and a Return Of Service (DE 3) was filed reflecting the same. Defendant have failed to file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Federal Rule of Civil Procedure 55, Default be

and the same is hereby entered against Defendants Susan L. Richardson a/k/a Susan Holmes d/b/a Inspirations d/b/a Inspirations, LTD d/b/a Inspirations, USA d/b/a Inspirationsusa.com d/b/a Porttrends.com and Does 1-10. Default Final Judgment shall be entered by separate Order of the Court; and

2. On or before noon Wednesday, November 28, 2007, Plaintiff Chanel, Inc. shall submit a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, together with a proposed Default Final Judgment as to Defendants Susan L. Richardson a/k/a Susan Holmes d/b/a Inspirations d/b/a Inspirations, LTD d/b/a Inspirations, USA d/b/a Inspirationsusa.com d/b/a Porttrends.com and Does 1-10.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of November, 2007.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record