UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60998-CIV-ZLOCH

CHANEL, INC.,

    Plaintiff,

vs.                                          <u>FINAL ORDER OF DISMISSAL</u>

SUSAN L. RICHARDSON a/k/a
SUSAN HOLMES d/b/a
INSPIRATIONS, d/b/a
INSPIRATIONS, LTD.
d/b/a INSPIRATIONS, USA
d/b/a INSPIRATIONSUSA.COM
d/b/a PORTTRENDS.COM,

    Defendant.
_____/

THIS MATTER is before the Court upon the Parties' Stipulated Consent Final Judgment and Permanent Injunction (DE 21). The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Court's Default Final Judgment and Permanent Injunction (DE 8) be and the same is hereby **VACATED**, set aside, and of no further force or effect;

2. That the Parties' Stipulated Consent Final Judgment and Permanent Injunction (DE 21) be and the same is hereby approved, adopted, and ratified; and

3. To the extent not otherwise disposed of herein, all pending

motions are hereby **DENIED** as moot.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2008.

                                   _____
                                   WILLIAM J. ZLOCH
                                   United States District Judge

Copies furnished:

All Counsel of Record